IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TENA LYNN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | |
| TITLEMAX OF GEORGIA, INC. ) | 1:10-CV-01212-JEC |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

Defendant TitleMax of Georgia, Inc. ("TitleMax") and Plaintiff Tena Lynn filed a Joint Motion for Approval of Settlement Agreements.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The parties' Motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the settlement agreement is APPROVED and this action is dismissed WITH PREJUDICE except that the Court expressly retains jurisdiction to enforce the settlements which have been approved by the Court. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S. Ct. 1673 (1994). Each party shall bear its or her own costs.

2757809

SO ORDERED this the ___23___ day of ___June___, 2010.

                                          _____
                                          JULIE E. CARNES, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

2759340